# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STAR CREEK CENTER, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:17-cv-00607 |
| § | |
| SENECA INSURANCE COMPANY, § | |
| INC. § | **JURY DEMANDED** |
| § | |
| Defendant. § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Star Creek Center, LLC ("Plaintiff") and Defendant Seneca Insurance Company, Inc. ("Defendant") respectfully submit this Notice of Settlement and inform the Court as follows:

1. Plaintiff and Defendant have reached an agreement to resolve the claims against the Defendant.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Respectfully submitted,

HOSSLEY & EMBRY, LLP

*/s/ Jeffrey T. Embry*
Attorney-in-Charge
Jeffrey T. Embry
Bar Number: 24002052
Christopher P. Peirce
Bar Number: 24046604
515 S. Vine Ave.
Tyler, Texas 75702
Telephone No.   903-526-1772
Telecopier No.   903-526-1773
jeff@hossleyembry.com
cpeirce@hossleyembry.com

**ATTORNEYS FOR PLAINTIFF**

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/  *James N. Isbell*
James N. Isbell
Attorney-in-Charge Bar No. 10431900
jisbell@thompsoncoe.com
Christopher H. Avery
Bar No. 24069321
cavery@thompsoncoe.com

Saira Siddiqui
Bar No. 24093147
siddiqui@thompsoncoe.com

One Riverway, Suite 1400 Houston, Texas 77056
Telephone:  (713) 403-8210
Facsimile:   (713) 403-8299

**ATTORNEYS FOR DEFENDANT SENECA INSURANCE COMPANY, INC.**

## **CERTIFICATE OF SERVICE**

   The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record consistent with the Federal Rules of Civil Procedure on this 3RD day of July 2018.

                */s/ Christopher P. Peirce*
                Christopher P. Peirce