IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STAR CREEK CENTER, LLC | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-00607 |
| SENECA INSURANCE COMPANY, INC. | § § § | |
| Defendant | § | |

# ORDER

The Court has considered the Agreed Stipulation of Dismissal submitted by Star Creek Center, LLC and orders that it shall be granted. Accordingly, all claims asserted by Star Creek Center, LLC against Defendant Seneca Insurance Company, Inc. are hereby dismissed with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 1st day of August, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE